# fremstad | law

September 29, 2025

**VIA ECF**

Clerk of US District Court

Re: ASTRAZENECA PHARMACEUTICALS LP vs DREW H. WRIGLEY, ET AL
    Case No: 1:25-cv-00182-DMT-CRH

Dear Clerk and Counsel:

Enclosed for service and filing please find Plaintiff's Amended Complaint.  In accordance with Rule F.R. Civ. P. 15(a)(1)(B), Plaintiff is entitled to file its Amended Complaint as a matter of right without further need for consent of the parties or approval of the Court.  See also Auer v. City of Minot, Case Number 4:15-cv-040, Order, Docket Number 24 (denying objection to Amended Complaint).  Please let me know if anyone has any questions, comments, or concerns.

Sincerely,

FREMSTAD LAW FIRM

Joel M. Fremstad
Attorney
*joel@fremstadlaw.com*

c:  All Counsel of Record via ECF