# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> DREW H. WRIGLEY, in his official capacity ) <br> as the Attorney General of North Dakota; ) <br> ) <br> and ) <br> ) <br> CAROLYN BODELL, TANYA L. SCHMIDT, ) <br> TYLER G. LANNOYE, SHANE R. WENDEL, ) <br> KEVIN J. OBERLANDER, DIANE ) <br> HALVORSON, and RON HORNER, in their ) <br> official capacities as Members of the North ) <br> Dakota Board of Pharmacy; and MARK J. ) <br> HARDY, in his official capacity as Executive ) <br> Director of the North Dakota Board of ) <br> Pharmacy, ) <br> ) <br> Defendants. ) | **ORDER** <br><br><br><br><br><br><br><br><br><br><br> Case No. 1:25-cv-182 |

On November 3, 2025, the Parties filed a Joint Motion for Order Adopting Discovery Protocol. (Doc. No. 24). Attached to the motion is a proposed Discovery Protocol. (Doc. No. 24-1).

The court **GRANTS** the Parties' joint motion (Doc. No. 24) and **ADOPTS** their proposed Discovery Protocol (Doc. No. 24-1) in its entirety.

**IT IS SO ORDERED.**

Dated this 4th day of November, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court